THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Darrell Lewis
 Sturkey, Appellant.
 
 
 

Appeal From Greenville County
 C. Victor Pyle, Jr., Circuit Court Judge
Unpublished Opinion No. 2008-UP-019
Submitted January 1, 2008  Filed January
 10, 2008    
APPEAL DISMISSED

 
 
 
 Aileen P. Clare, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia, Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Darrell
 Lewis Sturkey appeals his
 convictions for assault and battery with
 intent to kill, attempted armed robbery, and first-degree burglary.  On appeal,
 Sturkey contends the trial court erred by denying his motion for a directed
 verdict.  After a thorough
 review of the record, counsels brief, and Sturkeys pro se brief
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved.
APPEAL DISMISSED. [1]
ANDERSON,
 SHORT, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.